NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 9 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JUSTIN BECK, | No. 24-1727 |
| Plaintiff - Appellant, | D.C. No. 3:22-cv-01616-AGS-DDL |
| v. | MEMORANDUM[*] |
| CATANZARITE LAW CORPORATION; STATE BAR OF CALIFORNIA; RUBEN DURAN; SUZANNE GRANDT; RICHARD FRANCIS O'CONNOR, Jr.; JAMES DUFFY, AKA Jim Duffy; KENNETH J. CATANZARITE; JIM TRAVIS TICE, Attorney; NICOLE MARIE CATANZARITE WOODWARD; BRANDON WOODWARD; TIM JAMES O'KEEFE; AMY JEANETTE COOPER; CLIFF HIGGERSON; ELI DAVID MORGENSTERN; LEAH WILSON; ANTHONY B. SCUDDER; ELLIN DAVTYAN, General Counsel; ROBERT GEORGE RETANA; GEORGE S. CARDONA; JORGE NAVARETTE; JOHN C. GASTELUM; ORANGE COUNTY SUPERIOR COURT; UNITED STATES OF AMERICA; STATE OF CALIFORNIA; ATTORNEY GENERAL OF THE UNITED STATES; ORANGE COUNTY DISTRICT ATTORNEY'S OFFICE; MOHAMMED ZAKHIREH, | |

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of California
Andrew George Schopler, District Judge, Presiding

Submitted August 19, 2025[**]

Before:     SILVERMAN, HURWITZ, and BADE, Circuit Judges.

Justin Beck appeals pro se from the district court's judgment dismissing for failure to comply with Federal Rule of Civil Procedure 8 his action alleging federal and state law claims. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Pickern v. Pier 1 Imports (U.S.), Inc.*, 457 F.3d 963, 968 (9th Cir. 2006). We affirm.

The district court properly dismissed Beck's action because, despite an opportunity to amend, Beck's operative complaint failed to comply with Rule 8. *See* Fed. R. Civ. P. 8(a)(2) (a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief"); *Nevijel v. N. Coast Life Ins. Co.*, 651 F.2d 671, 674 (9th Cir. 1981) (a complaint that is "verbose, confusing and conclusory" violates Rule 8).

The district court did not abuse its discretion in denying further leave to

---

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

amend because amendment would have been futile. *See Cervantes v. Countrywide Home Loans, Inc.*, 656 F.3d 1034, 1041 (9th Cir. 2011) (setting forth standard of review and explaining that leave to amend may be denied when amendment would be futile); *Metzler Inv. GMBH v. Corinthian Colls., Inc.*, 540 F.3d 1049, 1072 (9th Cir. 2008) (explaining that "the district court's discretion to deny leave to amend is particularly broad where plaintiff has previously amended the complaint" (citation and internal quotation marks omitted)).

We reject as unsupported by the record Beck's contention that the district court was biased against him.

We do not consider arguments and allegations raised for the first time on appeal. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending motions and requests are denied.

**AFFIRMED.**